**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Yiwu Baimei Electronic Commerce Co., Ltd., et al.
Plaintiff,
v.
Case No.: 1:24−cv−12074
Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations Identified On Schedule A, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for extension of time [36] is granted. Plaintiff's reply brief is now due by January 22, 2025. The January 15, 2025 hearing date is stricken and reset to January 30, 2025 at 10:00 am in person in Courtroom 2119. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.