# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation ) ) ) Plaintiff, ) ) v. ) ) ) The Partnerships And ) Unincorporated Associations ) Identified On Schedule "A" ) ) Defendants. ) | Case: 24-cv-12074<br><br>Judge: Lindsay C. Jenkins<br><br>Mag. Judge: Jeannice W. Appenteng |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT (NO. 69) cherry fashion**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. hereby dismisses this action without prejudice against the following Defendant identified on the Amended Schedule A to the Complaint as to Defendant (No. 69) cherry fashion.

Respectfully Submitted this 28th of January, 2025,

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*