# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation | ) ) ) | Case: 24-cv-12074 |
| Plaintiff, | ) ) | Judge: Lindsay C. Jenkins |
| v. | ) ) | Mag. Judge: Jeannice W. Appenteng |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT (NO. 82) Rinhoo jewelry

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. hereby dismisses this action without prejudice against the following Defendant identified on the Amended Schedule A to the Complaint as to Defendant (No. 82) Rinhoo jewelry.

Respectfully Submitted this 11th of February, 2025,

/s/*Sandra Cristina Perez*
Fla. Bar No.: 0051392
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone:+1 212-500-3268
scperez@fordbanister.com
*Attorney for Plaintiff*