## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., et al.

                                                Plaintiff,

v.

                                                Case No.: 1:24−cv−12074

                                                Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations Identified On Schedule A, et al.

                                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The motion for jurisdictional discovery [64] and to stay briefing is largely denied for the same reasons the Court denied a similar motion on February 7, 2025. Plaintiff sought its first extension of time in January 2025 [see [54]], which the Court granted, and then it waited until the date its response brief was due (yesterday) to request a stay and time for the parties to conduct jurisdictional discovery. But generally, a plaintiff must be able to establish a colorable or prima facie showing of personal jurisdiction before discovery should be permitted. See In re Sheehan, 48 F.4th 513, 526 (7th Cir. 2022) (cleaned up); HAMANN GmbH v. The Individuals, 21−cv−3591, Dkt. [53] ("The Court finds the sum of these presentations sufficient to establish a prima facie showing of personal jurisdiction. Therefore, limited jurisdictional discovery is warranted.") Plaintiff's response to the motion to dismiss, which was due by February 10, 2025 is now due by February 18, 2025. The moving Defendants' reply is now due by February 21, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.