# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., et al.

                          Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule A, et al.

                          Defendant.

Case No.: 1:24−cv−12074

Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff has filed a voluntary dismissal as to Defendants AIXIANG Co.Ltd, MINGQU Co.Ltd, MIQIN Co.Ltd, RuiruikejiCo. Ltd, WEIYAN Co.Ltd, YINQI Co.Ltd, ZHIWEI Co.Ltd, so the motion to dismiss [62] is denied as moot. The clerk shall terminate Defendants AIXIANG Co.Ltd, MINGQU Co.Ltd, MIQIN Co.Ltd, RuiruikejiCo. Ltd, WEIYAN Co.Ltd, YINQI Co.Ltd, ZHIWEI Co.Ltd. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.