**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Yiwu Baimei Electronic Commerce Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:24−cv−12074
Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations Identified On Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's opposed motion for an extension of time [111] is partly granted. Plaintiff's response to the motion to dismiss is now due by April 4, 2025. Defendant QD YING FAN's reply is due no later than April 11, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.