## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., et al.

                                                Plaintiff,

v.

Case No.: 1:24−cv−12074

Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations Identified On Schedule A, et al.

                                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion to vacate default as to Defendant Elana jewelry box is due by April 11, 2025 and Defendant's reply is due by April 21, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.