**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Yiwu Baimei Electronic Commerce Co., Ltd., et al.
Plaintiff,
v.
Case No.: 1:24−cv−12074
Honorable Lindsay C. Jenkins
The Partnerships And Unincorporated Associations Identified On Schedule A, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's unopposed motion for an extension of time [148] is granted. Plaintiff's response to the motion to vacate is now due by May 19, 2025; any reply is now due by May 27, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.