**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd.,<br>a Chinese Limited Corporation<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships And<br>Unincorporated Associations<br>Identified On Schedule "A"<br><br>Defendants. | ) | Case: 24-cv-12074<br><br>Judge: Lindsay C. Jenkins<br><br>Mag. Judge: Jeannice W. Appenteng |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT (No. 12) Elana Jewelry Box's OPPOSITION [D.E. 172] TO PLAINTIFF'S MOTION [D.E. 167] TO STRIKE DEFENDANT'S AMENDED AFFIRMATIVE DEFENSES AND PLAINTIFF'S MOTION [D.E. 166] TO DISMISS DEFENDANT'S COUNTERCLAIM**

COMES NOW, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd., by and through the undersigned counsel, and without opposition by Defendant (No. 12) Elana Jewelry Box, and respectfully requests a fourteen (14) day extension, up through and including July 11, 2025, for Plaintiff to file its reply to Defendant's opposition [D.E. 172] to Plaintiff's motion [D.E. 167] to strike amended affirmative defenses and Plaintiff's motion [D.E. 166] to dismiss Defendant's counterclaim, and in support thereof, Plaintiff states:

1. On May 21, 2025, Defendant filed its amended answer and affirmative defenses and counterclaim. [D.E. 159]

2. On June 11, 2025, Plaintiff filed its motion to dismiss the counterclaim (D.E. 166) and its motion to strike Defendant's amended affirmative defenses (D.E. 167).

3. On June 12, 2025, the Court entered a Minute Order stating Defendant's response to Plaintiff's motions were due on June 20, 2025, and any reply by Plaintiff was due June 27, 2025. [D.E. 168]

4. On June 20, 2025, Defendant filed its opposition (D.E. 172) to Plaintiff's motions (D.E. 166, 167).

5. Plaintiff is requesting this Court grant a fourteen (14) day extension, up through and including July 11, 2025, to file its reply to Defendant's opposition (D.E. 172).

6. Lead counsel has unexpectedly experienced an emergency regarding an immediate family member and is currently unavailable. Lead counsel is most familiar with the procedural posture of the case, factual background and substantive issues, and it would cause a great disservice to Plaintiff to have other counsel prepare the reply. Additionally, the other associate counsel with the firm is managing competing deadlines in unrelated cases during lead counsel's leave.

7. Plaintiff is not requesting this leave in order to delay or harass any party, and no party will be prejudiced by said extension.

8. Plaintiff counsel also conferred with counsel for Defendant, who agreed to the fourteen (14) day extension, up through and including July 11, 2025, for Plaintiff to file its reply to Defendant's opposition (D.E. 172).

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests that the Court grant the following relief:

1) That the deadline for Plaintiff to file any reply to Defendant's opposition (D.E. 172) to Plaintiff's motion to dismiss (D.E. 166) Defendant's counterclaim and Plaintiff's motion

to strike (D.E. 167) Defendant's amended affirmative defenses be extended from June 27, 2025 to July 11, 2025.

2) Any further and additional relief that the Court deems necessary and appropriate.

Respectfully submitted this 26th day of June, 2025.

*Sandra Cristina Perez*
Fla. Bar No.: 0051392
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
scperez@fordbanister.com
*Attorney for Plaintiff*